_____

No. 95-3238
_____

United States of America,       *
                                 *
        Appellee,                *
                                 *   Appeal from the United States
    v.                           *   District Court for the
                                 *   Eastern District of Missouri.
Terry Michael Corbett,           *          [UNPUBLISHED]
                                 *
        Appellant.               *

_____

            Submitted:  March 19, 1996

               Filed:  April 5, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


    Terry Michael Corbett appeals the judgment of conviction the district court[1] entered upon his guilty plea to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Relying on United States v. Lopez, 115 S. Ct. 1624 (1995), Corbett argues that Congress lacks authority to make a felon's possession of a weapon a federal crime.  Corbett's argument, however, is foreclosed by our recent opinion in United States v. Shelton, 66 F.3d 991, 992 (8th Cir. 1995) (per curiam) (rejecting Lopez challenge to § 922(g)), petition for cert. filed, No. 95-8099 (U.S. Feb. 26, 1996).  See also United States v. Rankin, 64 F.3d 338, 339 (8th Cir.) (per curiam) (holding § 922(g)(1) clearly tied to interstate commerce), cert. denied, 116 S. Ct. 577 (1995).

_____

    [1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Accordingly, the judgment is affirmed.

A true copy.

    Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.